1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – CENTRAL DIVISION

| | |
|---|---|
| GEVORK PAYASLYAN,<br><br>    Plaintiff,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY, a Illinois corporation; and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No. CV12-08651 R (MANx)<br><br>**FINAL JUDGMENT IN FAVOR OF DEFENDANT ALLSTATE INDEMNITY COMPANY**<br><br>Complaint Filed:  January 12, 2012<br>Trial Date:         July 16, 2013 |

1   The Court, having granted defendant Allstate Indemnity Company's motion
2   for summary judgment by its Order entered on May 2, 2013, hereby enters judgment
3   in favor of defendant Allstate Indemnity Company and against plaintiff Gevork
4   Payaslyan.

5   It is further ordered and adjudged that plaintiff Gevork Payaslyan shall pay
6   defendant Allstate Indemnity Company its reasonable costs of suit as determined by
7   the Clerk of Court according to proof.

Dated: May 29, 2013   _____
   Honorable Manuel Real
   UNITED STATES DISTRICT COURT JUDGE